UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VANESSA ELYSE SHERMAN, ) | No. CV 15-3197-PLA |
| ) | |
| Plaintiff, ) | **JUDGMENT** |
| ) | |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, ACTING ) COMMISSIONER OF SOCIAL ) SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is reversed and this case is remanded to defendant for further proceedings consistent with this Memorandum Opinion.

DATED: January 22, 2016

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE